F I L E D
at ___2___ O'clock & __12__ min __P__ M
Date_____9-23-04_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHAEL F. McHUGH, CLERK
United States Bankruptcy Court
Savannah, Georgia

IN RE: ) CHAPTER 13
) CASE NO. 04-40725-JDW
GREGORY CLARK HUGHES, )
)
DEBTOR )

## ORDER

Debtor filed an objection to the claim of Steven D. Berg. A hearing on the objection was held on September 17, 2004. This order is entered in accordance with the findings of fact and conclusions of law announced in open court at the conclusion of the hearing.

Now, therefore it is hereby

ORDERED that the objection is sustained and it is hereby further

ORDERED that the claim will be allowed as a secured claim in the amount of $81,738.22.

SO ORDERED, this 20th of September, 2004.

Hon. James D. Walker, Jr.
United States Bankruptcy Court

CC:
Debtor - Hughes
Debtor's Atty. - Merrill
Creditor
Creditor's Atty. Harris
Trustee - Brown    9/23/04
U.S. Trustee

